RECEIVED
IN LAKE CHARLES, LA
JUN 7 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# United States District Court
## Western District of Louisiana

UNITED STATES OF AMERICA
v.
AUNDREA ANDREPONT
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number: 2:04-CR-20126-004

USM Number: 12479-035

Andrew M. Casanave
Defendant's Attorney

## THE DEFENDANT:

[ ] admitted guilt to violation of condition(s) __ of the term of supervision.
[✓] was found in violation of _Special conditions 2, 3, 4, 5 and 6_ after denial of guilt.

The defendant is guilty of these violation(s);

**Violation Number**          **Nature of Violation**          **Violation Ended**

See next page.

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) __ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

COPY SENT:
DATE: 6-8-06
BY: ___
TO: USM-LC-2
    USP-LC-2

June 2, 2006
Date of Imposition of Sentence

_(signature)_
Signature of Judicial Officer

PATRICIA MINALDI, United States District Judge
Name & Title of Judicial Officer

6/7/06
Date

CASE NUMBER:    2:04-CR-20126-004
DEFENDANT:

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Special Condition No. 2 | Did not attend any substance abuse counseling sessions or submit to urinalysis screening in November or December 2005. She submitted to testing, but did not attend any sessions in January and February, 2006 | November, 2005 |
| Special Condition No. 3 | Has not completed any community service work since August 21, 2005 | August 21, 2005 |
| Special Condition No. 4 | Failed to maintain full time employment | November, 2005 |
| Special Condition No. 5 | Failed to perform community service work when unemployed | November, 2005 |
| Special Condition No. 6 | Failed to pay restitution | September, 2005 |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 10 months .

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district:
      [ ] at ___ [ ] a.m.   [ ] p.m.   on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before 2 p.m. on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

      Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                                  _____
                                                  UNITED STATES MARSHAL

                                                  By _____
                                                  DEPUTY UNITED STATES MARSHAL